**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:01CR302** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JEFFREY G. AYRES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for reconsideration of detention (Filing No. 57).

The Defendant's motion for reconsideration of detention is denied insofar as it requests release during the week of June 25, 2007. However, the Court will consider any proposals for alternatives to detention at the final dispositional hearing scheduled on July 2, 2007.

IT IS ORDERED that the Defendant's motion for reconsideration of detention (Filing No. 57) is denied.

DATED this 26th day of June, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge