**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:01CR302 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JEFFREY G. AYRES, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion to modify his conditions of release and continue the final dispositional hearing scheduled for Monday, July 2, 2007.

The motion will be granted. The Defendant shall not leave Williams Prepared Place without the prior approval of the Court. If the Defendant leaves the facility without the Court's prior approval, he will be arrested.

IT IS ORDERED:

1. The Defendant's oral motion to modify his conditions of release and continue the hearing scheduled for July 2, 2007, is granted;

2. The Defendant shall reside at Williams Prepared Place, and he shall not leave the facility without the Court's prior approval; and

3. The final dispositional hearing is continued to Monday, September 17, 2007, at 9:30 a.m.

DATED this 27th day of June, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge